## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## VALDOSTA DIVISION

| | |
|---|---|
| IN RE: DAVID MCCUTCHEON, | |
|            DEBTOR | CHAPTER 13 |
| | |
| COREY KUPERSMITH, | CASE#16-70733 |
|            PLAINTIFF | |
| | |
| VS. | ADV. PROC.#17-7025 |
| | |
| DAVID MCCUTCHEON, | |
|            DEFENDANT | MARCH 20, 2019 |

### MOTION TO WITHDRAW APPEARANCE

The undersigned, Attorney Ellery E. Plotkin, respectfully moves that he be permitted to withdraw his appearance for and on behalf of Corey Kupersmith, Plaintiff in the above entitled Adversary Proceeding.

1. This Motion is made pursuant to Middle District of Georgia, Local Bankruptcy Rule 2091-1.

2. Good cause exists for the granting of this Motion, as the Plaintiff, Corey Kupersmith, as of recent become antagonistic towards the undersigned, which has irreparably damaged the attorney/client relationship.

3. As a result of the foregoing, the undersigned cannot ethically continue this representation of the Plaintiff.

4. The last known address of Corey Kupersmith is 41B Byram Terrace Drive, Greenwich, CT 06831.

Wherefore, good cause having been shown, it is respectfully requested that the Court grant this Motion to Withdraw Appearance.

By: /s/ Ellery E. Plotkin
Ellery E. Plotkin
Law Offices of Ellery E. Plotkin, LLC
16 River Street
Norwalk, CT 06850
Telephone: (203) 325-4457
Ct04648

## CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the _20_ day of March, 2019, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in section 2 below.

1.     Documents Served:
Motion to Withdraw Appearance and proposed Order

2.     Parties Served Electronically:
will@orsonwoodall.com
William O. Woodall
1003 N. Patterson Street
Valdosta, GA 31601
(Attorney for David McCuthceon)

3.     *Certified Mail, Return Receipt Requested and First Class Mail to:*
Corey Kupersmith
41 B Byram Terrace Drive
Greenwich, CT 06831

/s/ Ellery E. Plotkin
Ellery E. Plotkin
Commissioner of the Superior Court