**SO ORDERED.**

**SIGNED this 20 day of June, 2019.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 16-70733-JTL |
| | * | |
| David B. McCutcheon, | * | Chapter 13 |
| | * | |
| Debtor. | * | |
| _____ | * | |
| | * | |
| Corey Kupersmith, | * | |
| | * | Adversary Proceeding |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | No. 17-07025 |
| David B. McCutcheon, | * | |
| | * | |
| Defendant. | * | |

**ORDER DENYING MOTION FOR CONTEMPT WITHOUT PREJUDICE**

The Debtor/Defendant filed a Motion for Contempt against Dr. Steven A. R. Murphy for not producing documents pursuant to a Subpoena. Dr. Murphy responded opposing the Subpoena raising a physician-patient privilege and citing a federal law that does not appear to be relevant to this case. The Court noticed that the Subpoena was allegedly served by mail. Federal

Rule of Bankruptcy Procedure 9016 requires personal service of subpoenas. The Debtor's counsel was unable to cite any authority that the Subpoena could be served by mail. Therefore, this Motion for Contempt is denied for lack of service of Subpoena as required by the Bankruptcy Rule.

END OF ORDER