**SO ORDERED.**

**SIGNED this 6 day of November, 2019.**



```
_____
         John T. Laney, III
     United States Bankruptcy Judge
```

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| IN RE: | : |
| DAVID B. MCCUTCHEON, | : Case No. 16-70733 |
| Debtor. | : Chapter 13 |
| | |
| Corey Kupersmith | : |
| | |
| Plaintiff, | : |
| v. | : Adversary Proceeding |
| | : No. 17-07025 |
| David B. McCutcheon | : |
| | |
| Defendant, | |

ORDER TO EXTEND DEADLINE FOR DISCOVERY AND FILING OF DISPOSITIVE MOTIONS

The Defendant having filed a Motion to Extend Discovery and Deadline for Filing Dispositive Motions, and no party having had objected to said Motion,

It is hereby ORDERED:

1. The Discovery Deadline shall be extended 180 from the date of the order granting this motion.

END OF DOCUMENT

Prepared by:
William O. Woodall, Jr.
Georgia Bar No. 775043
1003 North Patterson Street
Valdosta, Georgia 31602
(229) 247-1211