**SO ORDERED.**

**SIGNED this 2 day of July, 2020.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In Re: | * | Case No. 16-70733-JTL |
| | * | |
| David B. McCutcheon, | * | Chapter 13 |
| | * | |
| Debtor. | * | |
| _____ | * | |
| | * | |
| Corey Kupersmith, | * | |
| | * | Adversary Proceeding |
| Plaintiff, | * | |
| | * | No. 17-07025 |
| v. | * | |
| | * | |
| David B. McCutcheon, | * | |
| | * | |
| Defendant. | * | |

**ORDER SCHEDULING ADDITIONAL**
**FINAL PRE-TRIAL TELEPHONE CONFERENCE**

The Court held a Final Pre-Trial Conference as scheduled on June 26, 2020. At the request of counsel, the Court will hold a Final Pre-Trial Conference giving the parties additional time to prepare the Final Pre-Trial Order as well as providing Defendant's counsel additional

time to be admitted *Pro Hac Vice*.  Therefore, it is hereby

ORDERED that this matter is hereby scheduled for a **Final Pre-Trial Telephone Conference on July 15, 2020 at 10:15 a.m.** and counsel for the parties are directed to be prepared to receive the Court's call at their regular telephone number or at such other telephone number as to which the Court's courtroom deputy is notified at least **one hour prior to said hearing.**

THE COURT DIRECTS THAT COUNSEL FOR BOTH SIDES CONFER at their earliest convenience for the purpose of arriving at all possible stipulations and to exchange with each other the documents that they will offer in evidence.  These conferences will be held at a time prior to the pre-trial conference so that counsel for Plaintiff and Defendant can furnish each other a written statement of their positions, including a statement of the issues of fact and of law as respective counsel see them.  COUNSEL FOR PLAINTIFF WILL THEN PREPARE A CONSOLIDATED PRE-TRIAL ORDER AND UPLOAD IT TO THE COURT **NO LATER THAN JULY 13, 2020,** having prior thereto furnished opposing counsel with a copy.  This pre-trial order will set out the following:

(a) both Plaintiff's and Defendant's contentions;

(b) the facts established by pleadings and stipulations;

( c) the issues of fact and of law from the view point of  Plaintiff and Defendants;

(d) list of documents to be offered in evidence;

(e)  names of the witnesses to be used by each side together with their addresses and a statement as to the general subject matter of their testimony;

(f) a statement as to which party has the burden of proof;

(g) sections, and subsections thereof, of the Bankruptcy Code and Rules of Bankruptcy Procedure and other statutes and rules which will be applicable to the issues; and

(h) any questions of admissibility of evidence and any additional matters to aid in the disposition of the case.

THE ATTORNEYS WHO WILL TRY THE CASE WILL ATTEND THE PRE-TRIAL CONFERENCE.

END OF ORDER