**SO ORDERED.**

**SIGNED this 13 day of August, 2020.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| COREY KUPERSMITH, | * | Chapter 13 |
| | * | |
| Plaintiff, | * | |
| | * | Bankruptcy Case No: 16-70733jtl |
| vs. | * | |
| | * | Adversary Proceeding No: 17-7025 |
| DAVID McCUTCHEON, | * | |
| | * | |
| Defendant. | * | |

### ORDER SCHEDULING TRIAL

A Final Pre-Trial Order has been entered in this case. This adversary proceeding is scheduled for trial on **November 3, 2020 at 10:00 a.m. in the United States Bankruptcy Court, One Arsenal Place, 901 Front Avenue, Suite 309, Columbus, Georgia 31901.** All parties, attorneys, and witnesses shall wear face masks and practice CDC guidelines for social distancing by staying at least six (6) feet from one another and shall stay at least ten (10) feet from all court staff. All exhibits anticipated to be used during the hearing shall be exchanged with the other side not later than noon on Friday, October 30, 2020. Each attorney is responsible

for bringing adequate copies and the originals of each exhibit, if necessary, to the courtroom at the time of the hearing. If the exhibits can be arranged in notebook form the counsel are urged to do so.

**END OF DOCUMENT**