**SO ORDERED.**

**SIGNED this 3 day of December, 2020.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| Corey Kupersmith, | * | Chapter 13 |
| | * | |
| Debtor. | * | Case No. 16-70733-JTL |
| _____ | * | |
| | * | |
| Corey Kupersmith, | * | |
| | * | |
| Plaintiff, | * | |
| | * | Adversary Proceeding |
| v. | * | |
| | * | No: 17-07025 |
| | * | |
| David McCutcheon, | * | |
| | * | |
| Defendant. | * | |

**ORDER SCHEDULING STATUS CONFERENCE AND TRIAL**

A Final Pre-Trial Order has been entered in this case. The Court will hold another **Telephone Status Conference on April 20, 2021 at 10:00 a.m.** and counsel for the parties are directed to be prepared to receive the Court's call at their regular telephone number or at such other telephone number as to which the Court's Courtroom Deputy is notified at least **one hour**

**prior to said hearing.**

Further, this Adversary Proceeding is scheduled for **Trial on May 4, 2021 at 10:00 a.m. in the United States Bankruptcy Court, One Arsenal Place, 901 Front Avenue, Suite 309, Columbus, Georgia 31901.** All parties, attorneys, and witnesses shall wear face masks and practice CDC guidelines for social distancing by staying at least six (6) feet from one another and shall stay at least ten (10) feet from all court staff. All exhibits anticipated to be used during the hearing shall be exchanged with the other side **not later than noon on Friday, April 30, 2021.** Each attorney is responsible for bringing adequate copies and the originals of each exhibit, if necessary, to the courtroom at the time of the hearing. If the exhibits can be arranged in notebook form the counsel are urged to do so.

**END OF DOCUMENT**