**SO ORDERED.**

**SIGNED this 25 day of March, 2021.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF GEORGIA
### VALDOSTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **DAVID B. MCCUTCHEON** | ) | **CHAPTER 13 BANKRUPTCY** |
| | ) | |
| Debtor. | ) | **CASE NO. 16-70733-JTL** |
| | ) | |
| | ) | |
| **COREY KUPERSMITH** | ) | |
| | ) | **ADVERSARY NO. 17-7025** |
| Plaintiff. | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DAVID B. MCCUTCHEON** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER ON DEFENDANT'S MOTIONS
### TO DISMISS AND FOR SANCTIONS

For the reasons stated in the memorandum opinion dated March 25, 2021, the Defendant's motions to dismiss and for sanctions are **GRANTED**.