\* \* \* Communication Result Report ( Apr. 9. 2021 8:38AM ) \* \* \*

1)
2)

Date/Time: Apr. 9. 2021  8:38AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2563 | Memory TX | 97066497871 | P. 1 | OK | |

---

Reason for error
E. 1) Hang up or line fail          E. 2) Busy
E. 3) No answer                     E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

Test to see what time fax is set. Current time is 8:00 a.m. EST

8:35