\*  \*  \*  Journal ( Apr.12, 2021  1:21PM )  \*  \*  \*

1)
2)

(Manual print)

```
( TX )                                                                        File
Date      Time     Destination               Mode      TXtime  Page  Result   User Name              No.
------------------------------------------------------------------------------------------------------
Dec.  1.  12:44PM                            G3TESM    0'38"   P.  4  OK                             2469
Dec. 10.   1:57PM                            G3TESM   32'21"   P. 28  OK                             2481
           2:30PM                            G3TESM   19'59"   P. 20  OK                             2482
           2:51PM                            G3TESM   32'03"   P. 28  OK                             2483
           3:23PM                            G3TESM   31'28"   P. 39  OK                             2484

Dec. 14.   1:42PM                            G3TESM    0'20"   P.  1  OK                             2485
Jan. 28.  11:39AM                            G3TESM    4'14"   P. 11  OK                             2502
Feb. 16.   5:08PM                            G3TESM    0'35"   P.  2  OK                             2515
Mar. 10.  10:42AM                            G3TESM    0'16"   P.  1  OK                             2533
          10:51AM                            G3TESM    1'17"   P.  4  OK                             2534

Mar. 12.  12:13PM                            G3TESM    1'22"   P.  6  OK                             2539
Apr.  9.   8:37AM                            G3TESM    0'10"   P.  1  OK                             2562
           8:38AM                            G3TESM    0'10"   P.  1  OK                             2563


( RX )                                                                        File
Date      Time     Sender                    Mode      RXtime  Page  Result   User Name              No.
------------------------------------------------------------------------------------------------------
Nov. 20.   9:32AM                            G3RD      1'12"   P.  2  OK                             2464
Nov. 24.   8:57AM                            G3RED     0'47"   P.  2  OK                             2468
Dec.  2.   3:27PM                            G3RES     2'36"   P. 14  OK                             2471
           9:51PM                            G3RES     0'52"   P.  1  OK                             2473
Dec.  3.   1:28AM                            G3RS      0'52"   P.  1  OK                             2475

Dec.  9.   2:33PM                            G3RED     0'36"   P.  1  OK                             2478
           3:44PM                            G3RED     0'30"   P.  2  OK                             2480
Dec. 16.   2:31PM                            G3RES     0'23"   P.  1  OK                             2487
Dec. 17.   1:06PM                            G3RED     5'07"   P. 15  OK                             2489
Dec. 28.  11:53AM                            G3RD      5'52"   P.  4  OK                             2491

Jan. 10.   1:05PM =                          G3RS      0'51"   P.  1  OK                             2494
Jan. 13.  12:29PM                            G3RD      1'37"   P.  2  OK                             2497
Jan. 19.   4:15PM                            G3RES     0'35"   P.  2  OK                             2499
Feb.  2.   6:14AM =                          G3RS      0'51"   P.  1  OK                             2504
Feb.  9.  10:16AM                            G3RES     0'31"   P.  1  OK                             2506

           2:15PM                            G3RED     1'33"   P.  5  OK                             2508
Feb. 10.   8:56AM                            G3RES     0'32"   P.  1  OK                             2510
Feb. 16.   8:58AM                            G3RES     0'24"   P.  1  OK                             2512
          10:23AM                            G3RES     0'18"   P.  1  OK                             2514
Mar.  5.  11:28AM                            G3RES     1'01"   P.  4  OK                             2523

          11:31AM                            G3RES     1'02"   P.  4  OK                             2525
Mar.  9.   9:17AM                            G3RES     0'19"   P.  1  OK                             2527
Mar. 11.   8:27AM                            G3RD      1'09"   P.  1  OK                             2536
           8:29AM                            G3RES     0'28"   P.  1  OK                             2538
Mar. 19.   9:48AM                            G3RES     0'40"   P.  1  OK                             2541

Apr.  2.  12:30PM                            G3RES     1'48"   P. 10  OK                             2545
           2:47PM                            G3RES     0'47"   P.  4  OK                             2547
           2:52PM                            G3RES     0'36"   P.  2  OK                             2549
Apr.  5.  10:22AM                            G3RES     0'26"   P.  1  OK                             2552
Apr.  6.   9:50AM                            G3RES     0'27"   P.  1  OK                             2556

Apr.  9.  12:16AM     12036812832            G3RES     1'29"   P.  9  OK                             2561
```

```
TX Count        006001                          RX Count      003136

#  : Batch                  C : Confidential           $ : Transfer          P   : SEP Code
M  : Memory                 L : Send later             @ : Forwarding        E   : ECM
S  : Standard               D : Detail                 F : Fine              U   : Super Fine
)  : Reduction              H : Stored/D. Server       * : LAN-Fax           +   : Delivery
Q  : RX Notice Req.         A : RX Notice              ✉ : Mail              <-> : IP-FAX
📁 : Folder
```