3/13/21

Cathy Dunlap –

Cathy, I wanted to thank you again for letting me know you received my email. I'm sorry you were unable to open it up. The ONLY thing it included was the cover page that the fax did not. So enclosed is the cover page where I tried to explain what I had tried to do, given my very limited time. I thought you may find it helpful. Again thank you for your call this AM. I will wait to hear back and promise not to bother anyone.

many thanks –

Kindest Regards
Corey Kugersmith.

**RECEIVED**
U.S. Bankruptcy Court
APR 13 2021
Middle District of Georgia
@ 11:20 A.M. EST



To: Kathy Dunlap

From: Corey Kupersmith

Fax: 706-649-7845

Email: emergencyfilings@gamb.us.courts.gov

# EMERGENCY FILING DUE TO POTENTIAL 14 DAY DEADLINE

## PERMISSION GRANTED BY KATHY DUNLAP TO FILE THIS MOTION FOR RECONSIDERATION ASAP

\*\*\*

I am filing this timely emergency Motion for Reconsideration, is being filed under extreme duress, due to many factors, including:

1. Due to my critical and chronic medical conditions, which are life threatening, as substantiated by my medical team. I am hindered in this filing due to my illnesses.

2. In addition to the fact that my attorney, John Madigan, after being ordered by the court to represent me until further notice under compliance by the local rule. Attorney Madigan failed to respond in any form to my phone calls, texts and emails, even after the Judge ordered him to do so; this is evidenced by this Pro Se filing of the Motion for Reconsideration.

3. I look forward to having the opportunity to have my day in court to fully adjudicate all of the crimes committed against me.

4. In no way have I ever intentionally delayed any court filings; I have always been forthcoming. My medical team reports support my claims. My doctors have informed me that the continued stress, because of purposeful delays and shenanigans by the court and the attorneys involved are causing exacerbated illness to the point of death.

## TRANSMISSION VERIFICATION REPORT

```
                                       TIME   : 04/08/2021 23:17
                                       NAME   : C. Kupersmith
                                       FAX    : 12036812832
                                       TEL    : 12036812832
                                       SER. # : U64221G9N229057
```

```
DATE, TIME          04/08  23:16
FAX NO./NAME        17066497845
DURATION            00:01:29
PAGE(S)             09
RESULT              OK
MODE                STANDARD
                    ECM
```