# UNITED STATES BANKRUPTCY COURT

Middle District of Georgia
901 Front Avenue
P.O. Box 2147
Columbus, GA 31902

---

In Re:  David B. McCutcheon
Debtor

Case No.: 16−70733
Chapter 13

Corey Kupersmith
Plaintiff

v.

David B. McCutcheon
Defendant

Adv. Proc. No. 17−07025                        Judge: John T. Laney III

---

PLEASE TAKE NOTICE that a telephonic hearing will be held at United States Bankruptcy Court, 901 Front Ave

Suite 309, Columbus, Georgia  31901, VIA TELEPHONE, CALL IN INFORMATION AS FOLLOWS:

Phone Number:  888-684-8852

Access Code:  8196200

on  APRIL 26, 2021 at 2:00 P.M., EST

to consider and act upon the following:

*152* − Motion to Reconsider or Vacate (related documents 148 Order on Motion For Sanctions, Order on Motion to Dismiss Adversary Proceeding) filed by Plaintiff Corey Kupersmith (Taylor−Owens, M.)

Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID−19 Outbreak" on the Court's website (www.gamb.uscourts.gov) and refer to Administrative Orders 137 and 139 prior to the hearing for instructions on whether to appear in person or by phone.

Dated: 4/13/21

By the Court

Kyle George
Clerk, U.S. Bankruptcy Court