IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

FILED
U.S. Bankruptcy Court
JUN 0 8 2021
Middle District of Georgia

In re:

DAVID B. MCCUTCHEON

Debtor.

CHAPTER 13 BANKRUPTCY
CASE NO. 16-70733-JTL

COREY KUPERSMITH
Plaintiff

Adversary Proceeding

v.

CASE NO. 17-7025

DAVID B. MCCUTCHEON
Defendant

PRO SE PLAINTIFF'S MOTION FOR RECONSIDERATION
UNDER 7052, 9023 and 9024

TO PREVENT MANIFEST INJUSTICE AND TO PROTECT OUR WORLD LEADERS
AND THE PUBLIC

The pro-se plaintiff, Corey Kupersmith, in the above named bankruptcy, Motions and pleads with this United States Bankruptcy Court, Middle District of Georgia, Valdosta Division to reconsider the Court's decision to dismiss the adversary proceeding to oral Motion to continue.

The circumstances presented in this case reveal a deliberate manipulation of the judicial system. It is clear that it is designed to benefit one individual, David McCutcheon.    Sadly, this individual has manipulated the system financially for greed. Defendant McCutcheon partnered with a Corrupt Attorney, who perjured himself and forged documents which were used while Plaintiff was hospitalized. These individuals then produced a fraudulent bankruptcy that defrauded the IRS, ATF, FBI, National Security to name just a few, not to mention completely destroying the life of Plaintiff Kupersmith and his family.

It is Paramount to the safety of our world leaders, particularly the safety of Plaintiff Kupersmith's friend and business associate, DONALD J. TRUMP, 45th PRESIDENT OF THE UNITED STATES.

It appears to Plaintiff Kupersmith that because he was entertaining placing the name "TRUMP" on the Martha's Vineyard Golf Course Development it opened up a plethora of corrupt, abusive and threatening actions and activity against Plaintiff Kupersmith, his associates (business and personal), his personal physicians and by the looks of things the Judiciary.

To hold a critically ill litigant to the highest of legal standards and dismiss this case could potentially put the entire world at risk. Plaintiff Kupersmith is compelled legally, morally and ethically to disclose the eminent danger that dismissing this case has on the world as a whole as well as the potential danger it brings upon our World Leaders. Failure to disclose this information can be considered a criminal act of obstruction. A Federal Criminal investigation should be ordered. The lack of transparency in this case fosters an environment where corruption is accepted and commonplace, people will offend more and in this case could lead to catastrophic consequences. Plaintiff Kupersmith has been the victim of underhanded government deals and his personal safety is at risk for speaking out. It is unconscionable for this court to turn a blind eye to his corruption.

For all the reasons previously stated as well as the fact that corruption is a threat to businesses and societies alike. It damages economies and the reputations of organizations, as it has done. Plaintiffs name alone commanded hundreds of millions of dollars. The defendant's behavior included Fraud and Identity Theft of the most powerful sniper system in the world. Hence, it is imperative at a minimum that this Court abides by the anti-corruption and bribery policies and give this Plaintiff equal, fair and unbiased due process of the laws of the United States Constitution. Without transparency the defendant will be much harder to bring to justice, they must be stopped immediately.

I. Jurisdiction and Procedure
The Court has jurisdiction to entertain this matter pursuant to 28 U.S.C.S. 1334, in the United States Bankruptcy Court, Middle District of Georgia.

II. Facts and Background
A brief recitation of some of the litigation in this adversary proceeding is necessary. On March 15, 2019 Judge Laney concluded in his Memorandum opinion denying defendant's Motion for Summary Judgement. Judge Laney states the facts in Kupersmith's complaint are sufficiently pleaded to support the claim where a Plaintiff alleges fraud. Judge Laney states that Kupersmith's allegations sufficiently provide a basis to support Plaintiff Kupersmith's claim using a heightened pleading standard.

It is unconscionable and shocking to the conscious that in the wake of the state of our country having endured mass shooting after mass shooting that the culprits of the

theft of the most powerful sniper system in the world will be shown leniency, rather than facing Federal Criminal charges. It is obvious that Plaintiff Kupersmith has "prima facie evidence" "on its face" and this court has an obligation to follow the laws of the state they are in and the laws of the United States Constitution. It's also the Judge Duty to report Fraud upon the court and hold the Attorney's involved accountable, not simply blame an innocent critically ill Pro Se Plaintiff to an unreasonable higher standard and avoid the elephant in the room, so to speak.

This is the highest level of corruption and it puts the entire world in jeopardy.

The dismissal of this case is shocking and it's improper.

As previously detailed the litigation in this matter has been hotly contested at every stage. To say that Plaintiff Kupersmith was dilatory is abominable. Judge Laney ordered Plaintiff Kupersmith's Attorney John Madigan to represent Plaintiff Kupersmith, by doing so, the only people accountable are Attorney John Madigan and of course Judge Laney. This is nothing but a smoke screen, a ruse to conceal.

III. ApplicableStandards

A "Motion for Reconsideration" the decision to grant or deny a rule 59(e) motion is within the Courts discretion. (The rule essentially enables a court to correct its own errors, sparing the parties and the Appellate Court's the burden of unnecessary appellate proceedings.)

IV. Discussion

Plaintiff Kupersmith contends that when the Court dismissed the entire proceeding, it was done incorrectly and in error; it also puts the entire world in jeopardy, as well as undermines the official Code of Conduct, jeopardizing the public's trust and faith in the Judicial process.

The implications of Judge Laney's decision as it stands is far reaching and if not addressed by grinding relief will most likely end up being a Federal Criminal investigation of all persons involved. Because weapons of mass destruction have been stolen, it is imperative that I report to the Court because I will not have blood on my hands if innocent lives are taken because my rights have been taken by this Federal Corruption.

Prayer for Relief

I ask this court to vacate its dismissal order and follow up by enforcing the law, which requires the investigation and prosecution of criminal wrongdoing. In carrying out this mission with the diligence and resolve necessary. This Court cannot and should not turn a blind eye to the fact that Plaintiff Kupersmith has been admitted 4 separate occasions to hospitals in the last 5 weeks for treatment that is being exacerbated by the stress of this case. I ask this court to vacate the dismissal and continue the trial as scheduled.

### Certification of Service

The pro se plaintiff, Corey Kupersmith hereby certifies that a copy of the Motion for Reconsideration has been electronically or by US Mail sent to all parties of record on June 7, 2021.

Date: June 6, 2021

Respectfully Submitted
The Pro Se Debtor

By_Corey Kupersmith

41 Byram Terrace Drive #B
Greenwich, CT 06831

*Corey Kupersmith*
Corey Kupersmith

# FAX



To: Kathy Dunlap          Fax No. 206-649-7845

From: Corey Kupersmith    Fax No. 203-681-2832

Date: 6/7/2021            Time: _____

Message:

Kathy,
Motion for Reconsideration

Received Time Jun. 7. 2021  8:21PM No. 2642