

# FAX

To: Kathy Dunlap  Fax No: 706-649-7845
From: Corey Kupersmith  Fax No:
Date: 7/6/21  Time: 1030 AM

Message:

On behalf of plaintiff, Kupersmith
Attached please see the medical
Restrictions for Mr Kupersmith. He is
Seriously ill and let this Note Serve
as a motion for Continuance of the
hearing of the motion for Re-Consideration
c/o Heather Lindsay on behalf of Corey
303-249-1329                      Kupersmith



[Yale] Medicine
NEUROLOGY

July 2, 2021

To Whom It May Concern:

Corey Kupersmith ([redacted]) is a patient under my care at Yale Neurology. While Mr. Kupersmith is in the middle of testing and treatment, he will need rest and very limited stress due to his medical condition. Mr. Kupersmith should not be involved in business or legal matters to exacerbate his stress levels.

Please contact my office with further questions and/or concerns.

Sincerely,

Bilal Hameed, MD
Yale Neurology
800 Howard Avenue
Lower Level
New Haven, CT 06519

RE: Kupersmith, Corey – MR#: MR100139     Page 1 of 1