**Cathy Dunlap**

| | |
|---|---|
| **From:** | Cathy Dunlap |
| **Sent:** | Tuesday, July 06, 2021 4:35 PM |
| **To:** | 2032491829@vzwpix.com; GAMBML_EmergencyFilings |
| **Cc:** | opus408@gmail.com |
| **Subject:** | RE: Fwd: - 17-7025 Emergency Filing |

Mr. Kupersmith,

The court has given you approval to file your document via the Court's emergency email address. We have received your emergency filing via the court's emergency filing email box and will enter it in your case. Please be advised that you must receive approval each time you wish email a document for filing. If you are an attorney, please take note of Federal Rule of Bankruptcy Procedure Rule 5005(a)(2)(A) which requires Represented Entities to file electronically.



Cathy D. Dunlap, Deputy-in-Charge
Columbus Division
United States Bankruptcy Court
Middle District of Georgia
P.O. Box 2147
Columbus, Georgia 31902
(706) 596-7141
cathyd_dunlap@gamb.uscourts.gov

-----Original Message-----
From: 2032491829@vzwpix.com <2032491829@vzwpix.com>
Sent: Tuesday, July 06, 2021 2:29 PM
To: GAMBML_EmergencyFilings <GAMBML_EmergencyFilings@gamb.uscourts.gov>
Subject: Fwd: Fwd:

CAUTION - EXTERNAL:


Emergency filing for Mr. Kupersmith
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1