**SO ORDERED.**

**SIGNED this 8 day of July, 2021.**



_____
**John T. Laney, III**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **DAVID B. MCCUTCHEON** | ) | **CHAPTER 13 BANKRUPTCY** |
| | ) | |
| Debtor. | ) | **CASE NO. 16-70733-JTL** |
| | ) | |
| **COREY KUPERSMITH** | ) | |
| | ) | **ADVERSARY NO. 17-7025** |
| Plaintiff. | ) | |
| v. | ) | |
| **DAVID B. MCCUTCHEON** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON PLAINTIFF'S MOTION
## TO RECONSIDER OR VACATE AND
## INJUNCTION AGAINST PLAINTIFF'S
## FILING OF FURTHER MOTIONS
## FOR RECONSIDERATION

For the reasons as announced from the bench during the hearing on July 6, 2021, the Plaintiff's motion to reconsider or vacate the dismissal of this adversary proceeding is **DENIED**. Further, as a sanction for discovery abuses, the Court enjoins the Plaintiff from filing further motions for reconsideration in this matter.

END OF DOCUMENT